FILED

12/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0505

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## SUPREME COURT CAUSE NO. DA-23-0505

IN THE MATTER OF THE ESTATE
OF KEVIN THIELMANN,

Deceased.

)
)
)
)
)
)
)
)
)
)

CAUSE No. DA-23-0505

**ORDER GRANTING
EXTENSION OF TIME**

UPON REVIEW of the Appellant's *Motion for Extension of Time to File Reply Brief (Unopposed)* and with good cause being shown first;

IT IS HEREBY ORDERED that the Appellant's deadline to file their *Reply Brief* in this matter is hereby RESET for the 30th day of January, 2024.

No further extensions will be granted.

**ELECTRONICALLY DATED AND SIGNED BELOW.**

CC;
- Patrick F. Flaherty
- Garry Bjelland
- Heather Starnes
- Patrick Watt

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 21 2023